JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JORGE TAPIA INZUNZA, | ) | No. ED CV 13-00156-SJO (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| R. L. GOWER, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 26, 2013.

*S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE